**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric SWAFFORD, a.k.a. Meek,**
**Defendant–Appellant.**

No. 08–10735
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 4, 2008.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff-Appellee.

---

The Collum Law Firm, P.C., Moultrie, GA, for Defendant-Appellant.

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Eric Swafford in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is GRANTED, and Swafford's convictions and sentences are AFFIRMED.